Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KELLEY, an individual, | Case No. |
| Plaintiff, | **PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| LUIS VENEGAS, an individual; and DOES 1-10, | Jury Trial Demanded |
| Defendants. | |

Plaintiff Michael Kelley, through counsel, hereby prays to this honorable Court for relief based on the following:

### JURISDICTION AND VENUE

1.    This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*

2.    This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3.    Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because a substantial part of the acts and omissions giving rise to the claims occurred in this judicial district.

**PARTIES**

4.      Kelley is a Los Angeles-based photographer specializing in architectural photography.

5.      Defendant Luis Venegas is an individual residing in California with a principal place of business located at 5777 W Century Boulevard, Suite 665, Los Angeles, CA 90045. Venegas operates and/or controls the commercial marvistacondos.com and realtor.com listing webpages identified below as the "Accused Posts."

6.      On information and belief, Plaintiff alleges that DOE Defendants 1-10 are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of DOE Defendants are presently unknown to Plaintiff, which therefore sues said DOE Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.      On information and belief, Plaintiff alleges that each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

**FIRST CLAIM FOR RELIEF**

**(For Copyright Infringement – Against All Defendants, and Each)**

8.      Kelley took and owns an original photograph registered with the Copyright Office (the "Subject Photograph").

9.    Following the publication and display of the Subject Photograph, Defendants (and each of them) displayed, distributed, reproduced, and/or otherwise used the Subject Photograph for commercial purposes without Kelley's authorization (the "Accused Posts").

10.   Exemplars of the Subject Photograph and Accused Post are below:

| Subject Photograph | Accused Post |
|---|---|
|  NALA-21 |  https://www.marvistacondos.com/listing/800-W-1st-Street-509-Los%20Angeles-CA-90012/374180745  https://www.realtor.com/realestateandhomes-detail/800-W-1st-St-Apt-509_Los-Angeles_CA_90012_M18668-05765 |

| Subject Photograph | Accused Post |
|---|---|
| | https://d1tq208oegmb9e.cloudfront.net/ mls_default/https:/media.crmls.org/medi az/3bac008a-7a26-4e0e-8662- 2b1d0393b4dd.jpg https://ap.rdcpix.com/a9920910f9725510 b06a1ed4a4e4e1a1l-m1491500043rd- w1280_h960.webp |

11. Defendants, and each of them, had access to the Subject Photograph, including through Plaintiff's website, social media pages, exhibitions, and/or authorized licensees; through an Internet search engine and/or third-party website; and/or because the Accused Posts are verbatim copies of, and thus strikingly similar to, the Subject Photograph.

12. Defendants, and each of them, displayed, distributed, reproduced, and/or otherwise used the Subject Photograph for commercial purposes without Plaintiff's authorization.

13. Due to Defendants' (and each of their) acts of copyright infringement, Plaintiff has suffered damages in an amount to be established at trial.

14. Due to Defendants' (and each of their) acts of copyright infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement. This entitles Plaintiff to disgorgement of Defendants' profits attributable to Defendants' infringement in an amount to be established at trial.

15. Upon information and belief, Plaintiff alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of, or with reckless disregard or willful blindness for, Plaintiff's rights, such that said acts of copyright infringement were willful.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows against all Defendants and with respect to each claim for relief:

a. That Defendants, their agents, and/or anyone else working with or in concert with Defendants, be enjoined from publicly distributing, displaying, reproducing, or otherwise exploiting the Subject Photograph without Plaintiff's permission absent some independent legal right.

b. That Plaintiff be awarded Defendants' profits, plus Plaintiff's losses, attributable to Defendants' infringement, the exact sum to be proven at the time of trial; or, if elected, statutory damages as available under 17 U.S.C. § 504;

c. That Plaintiff be awarded its costs and fees under 17 U.S.C. § 505;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded such relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: April 17, 2026                    DONIGER / BURROUGHS

By:    */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
*Attorneys for Plaintiff*

COMPLAINT